No. 22-3170

_____

IN THE UNITED STATES COURT OF APPEALS

FOR THE SEVENTH CIRCUIT

MADELINE KRASNO,

    Plaintiff-Appellant,

v.

JENNIFER MNOOKIN, et al.,

    Defendants-Appellees.

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

PLEASE TAKE NOTICE that Defendants-Appellees appear in this matter by their attorney, Lynn K. Lodahl, Assistant Attorney General, and request that service of all pleadings and other papers be made upon Assistant Attorney General Lynn K. Lodahl at 17 West Main Street, Madison, Wisconsin 53703, by first class mail at Post Office Box 7857, Madison, Wisconsin 53707-7857, or via the ECF system for the United States Court of Appeals for the Seventh Circuit.

Assistant Attorney General Steven C. Kilpatrick, who has previously appeared in this case, will remain as counsel of record for Defendants-Appellees.

Dated this 16th day of December 2022.

    Respectfully submitted,

    JOSHUA L. KAUL
    Attorney General of Wisconsin

    Electronically signed by:

    <u>s/ Lynn K. Lodahl</u>
    LYNN K. LODAHL
    Assistant Attorney General
    State Bar #1087992

    Attorneys for Defendants-Appellees

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 264-6219
(608) 294-2907 (Fax)
lodahllk@doj.state.wi.us

## CERTIFICATE OF SERVICE

I certify that on December 16, 2022, I electronically filed the foregoing Notice of Appearance of Additional Counsel with the clerk of court using the CM/ECF system, which will accomplish electronic notice and service for all participants who are registered CM/ECF users.

Dated this 16th day of December 2022.

                            Electronically signed by:

                            s/ Lynn K. Lodahl
                            LYNN K. LODAHL
                            Assistant Attorney General