No. 22-3170

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

MADELINE KRASNO,

*Plaintiff-Appellant,*

*v.*

JENNIFER MNOOKIN, et al.,

*Defendants-Appellees.*

Appeal from the United States District Court
for the Western District of Wisconsin
Case No. 3:21-cv-00099-slc
The Honorable Stephen L. Crocker, Judge Presiding

## SUPPLEMENTAL APPENDIX OF PLAINTIFF-APPELLANT MADELINE KRASNO

Caitlin M. Foley
Animal Legal Defense Fund
150 South Wacker Drive
Suite 2400
Chicago, IL 60606

Christopher Berry Animal
Legal Defense Fund
525 E. Cotati Ave.
Cotati, CA 94931
(707)795-2533

Joseph S. Goode
Mark M. Leitner
Laffey, Leitner & Goode LLC
325 E. Chicago Street
Suite 200
Milwaukee, WI 53202
(414) 312-7003 Phone
(414) 755-7089 Facsimile


*Counsel for Appellant*

March 10, 2023

**Supplemental Appendix Filed Pursuant To Circuit Rule 30(e)**

## TABLE OF CONTENTS

| Tab | Description | Page |
|---|---|---|
| 1 | The University's "Social Media Statement" (R-38-1, authenticated by R-38 ¶ 2) | SA-1 |
| 2 | The University's "Interim Social Media Guidance" issued on May 6, 2021 (R-38-5, authenticated by R-38 ¶ 6) | SA-2 |
| 3 | The University's conversation about social media monitoring on February 10, 2021 (R-38-17, authenticated by R-38 ¶ 18) | SA-4 |
| 4 | The University's conversation about social media monitoring on February 10, 2021 (R-38-18, authenticated by R-38 ¶ 19) | SA-5 |
| 5 | The University's keyword filter list for Instagram (R-55-2, authenticated by R-55 ¶ 3) | SA-6 |
| 6 | The University's keyword filter list for Facebook (R-38-22, authenticated by R-38 ¶ 23) | SA-7 |
| 7 | The University's email chain regarding "UW-Madison Page Access" on September 18, 2020 (R-38-21, authenticated by R-38 ¶ 22) | SA-8 |
| 8 | The University's view of its snowman picture post, with comments subject to keyword filter outlined in yellow (R-38-8, authenticated by R-38 ¶ 9) | SA-10 |
| 9 | The University's view of a post about a dog with cancer named "Scout", with comment subject to keyword filter in gray (R-38-37, authenticated by R-38 ¶ 38) | SA-11 |
| 10 | The University's conversation about social media monitoring on April 8, 2021 (R-38-42, authenticated by R-38 ¶ 43) | SA-12 |

i

| 11 | Krasno's view of the University's post about Dairy Cattle Center research on September 8, 2020 (R-38-26, authenticated by R-38 ¶ 27) | SA-13 |
|----|------|------|
| 12 | Public view of all visible comments to the University's post about Dairy Cattle Center research on September 8, 2020 (R-38-27, authenticated by R-38 ¶ 28) | SA-15 |
| 13 | The University's email about Krasno on December 3, 2020 (R-38-40, authenticated by R-38 ¶ 41) | SA-23 |
| 14 | The University's conversation about Krasno on January 26, 2021 (R-38-43, authenticated by R-38 ¶ 44) | SA-24 |
| 15 | The University's view of its "proud #uwgrad" post, with comment subject to keyword filter outlined in yellow (R-38-47, authenticated by R-38 ¶ 48) | SA-25 |
| 16 | The University's view of its "Happy Mother's Day!" post on May 9, 2021 (R-38-51, authenticated by R-38 ¶ 52) | SA-26 |
| 17 | The University's "Cool Science Image contest" post on March 24, 2022 (R-38-52, authenticated by R-38 ¶ 53) | SA-27 |
| 18 | The University's conversation about Krasno on January 26, 2021 (R-38-44, authenticated by R-38 ¶ 45) | SA-28 |

TAB 1



**COVID-19 Response:** **What you need to know about testing** and the new **Safer Badgers app**.

Learn more about UW's **COVID-19 response**.

# Social Media Statement

The University of Wisconsin-Madison social media accounts (Facebook, Twitter, YouTube, Pinterest and Instagram) are produced and maintained by University Communications at UW-Madison. Links to content or other Internet sites should not be construed as an endorsement of the organizations, entities, views or content contained therein. UW-Madison is not responsible for the content of those external web sites.

While UW-Madison does not regularly review content posted to social media sites, it shall have the right to remove any content for any reason, including but not limited to, content that it deems threatening, profane, obscene, a violation of intellectual property rights or privacy laws, off-topic, commercial or promotion of organizations or programs not related to or affiliated with the university, or otherwise injurious or illegal. Users are fully responsible for the content they load on any of UW-Madison's social media sites.

By submitting content to any of UW-Madison's social media sites, users understand and acknowledge that this information is available to the public, and that UW-Madison may use this information for internal and external promotional purposes. Please note that other participants may use posted information beyond the control of UW-Madison. Users who do not wish to have information they have made available via these sites used, published, copied and/or reprinted, should not post on the social media sites.

UW0150

# TAB 2

**FROM**: Vice Chancellor for Legal Affairs Raymond P. Taffora, Senior University Legal Counsel Rachel A. Jeris, Associate University Legal Counsel Craig B. Fischer
**TO**: Vice Chancellor for University Relations Charles Hoslett, Assistant Vice Chancellor for University Relations John Lucas
**RE**: Interim Social Media Moderation Guidance
**DATE**: May 6, 2021

### Content Moderation: On Topic vs. Off Topic

UW-Madison social media managers may engage in content moderation of social media pages based on one criterion: **whether posted content is on vs. off topic**.

Thus, consistent with the restrictions imposed on public entities by the First Amendment, social media managers **may** remove posts that are unrelated to the topic or purpose of the page. Whether a post is on or off topic is determined by evaluating the stated purpose for which the page exists, and in the context of comments, the subject, topic, or purpose of the initial post to which the comment is attached. It is OLA's understanding that each social media page formally affiliated with UW-Madison exists for a designated purpose (i.e., to discuss information and developments related to a specific department, lab, organization, etc.). It is best practice for each page to express the purpose of the account in a centrally visible location so that all users are on notice both as to the purposes or topics of the page and that off topic content will be removed.

If a social media manager is unsure whether a specific post is on or off topic, as a general rule of thumb he or she should leave the post visible and contact Rachel Jeris or Craig Fischer in OLA for further discussion.

While social media managers may moderate a post because it is off topic, they **may not** moderate content based on the **viewpoint** it expresses. For example, while the social media manager of a page dedicated to UW-Madison's animal research programs may hide a post stating "Taylor Swift is the B0mB," he or she cannot hide a post that states, "Taylor Swift agrees that all universities should stop torturing animals by using them for research. This includes UW-Madison's animal research programs!" The former situation involves a comment that is completely off topic to the stated purpose of the social media page, i.e., animal research; whereas the latter expresses a viewpoint on the topic the page is dedicated to. Because the post is related to the topic of the page, it cannot be moderated simply because the viewpoint it expresses may differ from the one endorsed by the UW-Madison Animal Research programs.

### Auto-moderation

Social media managers may use platform and/or computer-based tools to auto-moderate the use of profanity.

If social media managers are using auto-moderation tools to filter content other than profanity, please have them contact Rachel Jeris or Craig Fischer in OLA.

### Providing Additional Information

To the extent users post on-topic content that is inaccurate, misleading, or critical of UW-Madison or any of its subunits to a formally affiliated UW-Madison social media page, social media managers may respond either with a reply or a separate post. In these responses, social media managers may clarify an institutional position on a topic, provide context or factual information, and link to resources where users can find additional information.

UW0076

When responding to posts, social media managers should not attempt to explain current UW-Madison social media moderation practices or policies. If social media managers have questions as to what their responses may include, they should contact Rachel Jeris or Craig Fischer in OLA.

UW0077

# TAB 3



# TAB 4



# TAB 5



# TAB 6



UW0144

# TAB 7

## RE: UW-Madison Page Access

**From:**  katie@cmredge.com
**To:**  Nate Moll <nate.moll@wisc.edu>; greciacsauceda@gmail.com
**Cc:**  Amy Gunderson <amy.gunderson@wisc.edu>; Lauren Banks <lauren@cmredge.com>
**Date:**  Fri, 18 Sep 2020 12:55:57 -0500

Hi Nate,

I was just able to hide a comment, so that seemed to work. We'll start with comments on the paid ads we've placed, and can assist with the others as well.

Thanks!

**Katie Smallwood**
Social Media Manager
Creative Marketing Resources, Inc.
www.cmredge.com
W: 414-247-9898



**From:** Nate Moll <nate.moll@wisc.edu>
**Sent:** Friday, September 18, 2020 10:29 AM
**To:** Katie Smallwood <katie@cmredge.com>; greciacsauceda@gmail.com
**Cc:** Amy Gunderson <amy.gunderson@wisc.edu>; Lauren Banks <lauren@cmredge.com>
**Subject:** Re: UW-Madison Page Access

That's great news, Katie! I've bumped yours and Grecia's page access up to "Moderator." Facebook lists this level of account access as:

Can send Messenger messages as the Page, respond to and delete comments on the Page, create ads, see who created a post or comment, and view insights. If an Instagram account is connected to the Page, they can respond to Instagram comments, send Direct messages and create ads.

Does that seem sufficient for your needs?

We've seen a massive blast campaign from PETA and their trove of digital warriors over the past several days. You're welcome to hide/delete any comments relating to monkey research, shutting down the WNPRC (Wisconsin National Primate Research Center), "you guys are monsters, stop the vivisection," etc. etc.

Thanks and let me know if you need anything else!
nm

—
Nate Moll
Social Media Specialist
University Communications
@UWMadison on Facebook, Twitter & Instagram

UW0108

**From:** "katie@cmredge.com" <katie@cmredge.com>
**Date:** Friday, September 18, 2020 at 8:33 AM
**To:** Nate Moll <nate.moll@wisc.edu>
**Cc:** Amy Gunderson <amy.gunderson@wisc.edu>, Lauren Banks <lauren@cmredge.com>
**Subject:** UW-Madison Page Access

Hi Nate,

CMR will helping to moderate comments on this round of paid social media ads. I received an error message when trying to hide a comment yesterday, and realized I don't actually have permission to do that. Would you mind giving me that level of access? Also, I'm hoping to have our social media intern help out. Would it be possible to give access to Grecia Cerda as well? Her FB email address is: greciacsauceda@gmail.com

Please let me know if you have any questions.
Thanks!



**Katie Smallwood**
Social Media Manager
Creative Marketing Resources, Inc.
www.cmredge.com
W: 414-247-9898



UW0109

# TAB 8



UW0346

TAB 9



UW0243

# TAB 10

 **Social touch base** Chat   Files   2 more ⌄   +

**Join**   

This meeting chat is muted. Settings

4/8/21 12:47 PM
Mentioned in MK's most recent IG story:



**Chris Barncard**   4/8/21 12:53 PM
I don't know about that case, but Peta has been pumping a story really hard giving Johns Hopkins a ton of trouble about purchasing a group of monkeys from the primate center.

Except they misread the paperwork. We bought the monkeys from Hopkins.

4/8/21 12:53 PM
Ope.

 **Kelly Tyrrell**   4/8/21 12:54 PM
🔥

 **Chris Barncard**   4/8/21 12:55 PM
The Hopkins thing is 31 monkeys. That Krasno post is for a few. So, probably different things.

UW0754

# TAB 11



7:58

**Post**

Liked by **lrnwendland** and **thousands of others**

**uwmadison** Campus is always better when the cows come home. 🐄🖤🐄

The cows returned to #UWMadison's Dairy Cattle Center on September 1, five months after they were removed because of the COVID-19 pandemic. Without students on campus or research projects, the center was temporarily shuttered on March 27.

The cows spent their summer at Emmons Blaine Dairy Cattle Research Center located at the university's Arlington Agricultural Research Station.

September 8

**victoria_da_chosen_one** Stop animal experimenting‼️‼️

1d      13 likes      Reply

**madeline_krasno** @victoria_da_chosen_one I used to work in one of their labs. I made a bunch of posts and tagged them in it and they hid all of them.

10h      1 like      Reply

Add a comment...

MK352

SA-13



MK351

SA-14

TAB 12





Case: 3:21-cv-00098-slc    Document #: 38-27    Filed: 05/19/22    Page 4 of 9

10:03

← **Comments**

**dg_eeric** Dis is Not a flex 😭lol
87w    10 likes    Reply                          ♡

**endressydney** Welcome back beautiful
ladies!! @luke_kastenson                          ♡
87w    1 like    Reply

**kateizzle** @lemkuiljack                         ♡
87w    1 like    Reply

**caitymonge** @paulinaterranova                    ♡
87w    Reply

**susanwrateconway** @babycakes966
you need to road trip to Wisconsin! 😘              ♡
87w    Reply

**thanospap777** @dstripelis auta..               ♡
87w    Reply

**jolev15** @michelleakroll 😭                       ♡
87w    2 likes    Reply

**maciebrogan9** ❤️❤️❤️                              ♡
87w    Reply

❤️    🙌    🔥    👏    😢    😍    😮    😂

Add a comment...

SA-17



Case: 3:21-cv-00098-slc   Document #: 38-27   Filed: 05/18/22   Page 8 of 9

10:03

< **Comments**

janellethomas92 @sfbadger4 stock
pavilion

87w   3 likes   Reply

sfbadger4 @janellethomas92 yes,
that's it! Thank you

87w   Reply

—— Hide replies

tarasankar_td4 👍😍

87w   Reply

andi.p.straus The cows come home but
the undergrads are in quarantine.
#COVID

87w   2 likes   Reply

ellenmarty @molly.gearin that cow is
wishing you a happy bday <3

87w   Reply

molly.gearin @ellenmarty amazing

87w   Reply

demiphilo @tia_diaz can't wait to see
you featured in one of these some day

❤️   🙌   🔥   👏   😢   😍   😮   😂

Add a comment...

SA-19

10:03

← **Comments**

**demiphilo** @tia_diaz can't wait to see you featured in one of these some day
87w    Reply

**renypir3** @josh_winston till the cows come home
87w    1 like    Reply

**josh_winston** @renypir3 going tru da motions a little bit
87w    Reply

**rollietimothy** Hopefully I will be admitted next year, fingers crossed!
87w    Reply

**mollyreppen** Welcome back!!!
87w    1 like    Reply

**haileybuth** Replace greek life with cows 😌
87w    12 likes    Reply

**mperrotti11** @eleanorbost
87w    Reply

❤️    🙌    🔥    👏    😢    😍    😮    😂

Add a comment...

SA-20



SA-21



# TAB 13

## Re: Rise for Animals - UW-Madison social media workshop

**From:** Kelly Tyrrell <kelly.tyrrell@wisc.edu>
**To:** Allyson J Bennett <allyson.j.bennett@wisc.edu>; Chris Barncard <barncard@wisc.edu>; John Lucas <john.lucas@wisc.edu>; Christopher Coe <ccoe@wisc.edu>; JON LEVINE <levine@primate.wisc.edu>; Nadine Connor <nadine.connor@wisc.edu>; NATASHA M KASSULKE <natasha.kassulke@wisc.edu>; Nate Moll <nate.moll@wisc.edu>
**Date:** Thu, 03 Dec 2020 18:58:57 -0600

Thanks, Allyson. I am copying Nate Moll, who runs a number of our institutional accounts and also helps us monitor and respond to campaigns.
**From:** Allyson J Bennett <allyson.j.bennett@wisc.edu>
**Sent:** Thursday, December 3, 2020 6:54 PM
**To:** Chris Barncard <barncard@wisc.edu>; Kelly Tyrrell <kelly.tyrrell@wisc.edu>; John Lucas <john.lucas@wisc.edu>; Christopher Coe <ccoe@wisc.edu>; JON LEVINE <levine@primate.wisc.edu>; Nadine Connor <nadine.connor@wisc.edu>; NATASHA M KASSULKE <natasha.kassulke@wisc.edu>
**Subject:** Rise for Animals - UW-Madison social media workshop

Fwiw from AMP.

---

**Madeline Krasno**

Excited to be co-hosting a workshop with
Rise for Animals
in two weeks! Hope to see you there!!!! 💖 Let's make animal testing history.
...
Even when a pandemic prevents us from gathering en masse, we can still pressure labs to stop torturing animals. We'll dig into ways that we can impactfully and strategically use social media as part of our campaigns.

Maddie Krasno, a humane educator and grassroots animal activist, will join us as a guest workshop leader. Before becoming an animal rights activist, she worked as a student caretaker for two years at University of Wisconsin's Harlow Primate Lab, an experience that inspired her work in animal protection.

Maddie will share her creative Instagram tactics that are getting the attention of University of Wisconsin-Madison, as well as helpful methods to grow your audience on Instagram. We'll also discuss helpful Facebook and Twitter tips, and practice using free tools that can make your posts stand out.



UW0026

# TAB 14



**Mike Klein**   1/26/21 8:07 AM

Looks like our friend Maddie Krasno is giving a public presentation on what she saw while working in the UW animal lab.

https://www.instagram.com/p/CKfeAQ1JU3H/



### Login • Instagram
Welcome back to Instagram. Sign in to check out what your friends, family & interests have been capturing & sharing...

www.instagram.com



**Nate Moll**   1/26/21 8:09 AM

Interesting. She's been tagging us in pics and comments for months and raises hell every time I untag us. I sent her info to Chris.

The event is only open to those ages 15-22. Hmm. Wonder if I can spoof one of my sleeper accounts to make it in.

UW0372

# TAB 15



UW0236

# TAB 16



UW0052

# TAB 17



MK368

# TAB 18



UW0301