**STATE OF WISCONSIN
DEPARTMENT OF JUSTICE**

**Josh Kaul
Attorney General**

17 W. Main Street
P.O. Box 7857
Madison, WI 53707-7857
www.doj.state.wi.us

Steven C. Kilpatrick
Assistant Attorney General
kilpatricksc@doj.state.wi.us
608/266-1792
FAX 608/294-2907

April 21, 2023

United States Court of Appeals
for the Seventh Circuit
219 South Dearborn Street, Room 2722
Chicago, IL 60604

     Re:    *Madeline Krasno v. Jennifer Mnookin, et al.*,
             No. 23-3170

Dear Clerk:

    I represent the Defendants-Appellees in the above-referenced case. I write to inform the Court that, due to two state court dispositive motion deadlines, I will not be available for oral argument on the following dates: May 30 through June 2, 2023.

    I would greatly appreciate it if the Court would schedule oral argument in this case on a date other than ones listed above. Thank you for your consideration.

                                Sincerely,

                                Electronically signed by:

                                <u>s/ Steven C. Kilpatrick</u>
                                Steven C. Kilpatrick
                                Assistant Attorney General

SCK:srh

## CERTIFICATE OF SERVICE

I certify that on April 21, 2023, I electronically filed the foregoing *Argument Availability Notice* with the clerk of court using the CM/ECF system, which will accomplish electronic notice and service for all participants who are registered CM/ECF users.

Dated this 21st day of April 2023.

<u>s/ Steven C. Kilpatrick</u>
STEVEN C. KILPATRICK
Assistant Attorney General