# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

August 1, 2025

Before

FRANK H. EASTERBROOK, *Circuit Judge*
ILANA DIAMOND ROVNER, *Circuit Judge*
DORIS L. PRYOR, *Circuit Judge*

| No. 22-3170 | MADELINE KRASNO,<br>　　　　Plaintiff - Appellant<br><br>v.<br><br>JENNIFER MNOOKIN, et al.,<br>　　　　Defendants - Appellees |
|---|---|
| **Originating Case Information:** | |
| District Court No: 3:21-cv-00099-slc<br>Western District of Wisconsin<br>Magistrate Judge Stephen L. Crocker | |

The judgment of the District Court is **REVERSED**, with costs, and this case is **REMANDED** in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**   (form ID: **132**)