# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

August 25, 2025

To: Joel W. Turner
UNITED STATES DISTRICT COURT
Western District of Wisconsin
Madison, WI 53703-0000

| | |
|---|---|
| No. 22-3170 | MADELINE KRASNO,<br>                Plaintiff - Appellant<br><br>v.<br><br>JENNIFER MNOOKIN, et al.,<br>                Defendants - Appellees |

**Originating Case Information:**

District Court No: 3:21-cv-00099-slc
Western District of Wisconsin
Magistrate Judge Stephen L. Crocker

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:            No record to be returned

form name: **c7_Mandate**     (form ID: **135**)